| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | **FILED**<br>JEANNE A. NAUGHTON, CLERK<br>JAN 3 0 2018<br>U.S. BANKRUPTCY COURT<br>NEWARK, N.J.<br>BY _____ DEPUTY |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>*[Enter your name, address and phone number]* | |

In Re:
*[Enter the debtor's name(s)]*

Carlene M. Blair,

　　　　　　　　　　Debtor.

Case No.: 　17-24039 (RG)　
*[Enter the case number]*

Chapter: 　7　
*[Enter the case number]*

Hearing Date: 　1/30/18　
*[Enter the hearing date]*

Judge: 　Gambardella　
*[Enter the Judge's last name]*

**ORDER GRANTING** 　Debtor's Motion To Dismiss Chapter 7 Case
*[Enter the relief sought]*

　　　The relief set forth on the following pages, numbered two (2) through *[enter the number of the last page of this Order]* _____ is **ORDERED**.

*[Leave the rest of this page blank]*

1/30/18

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Rosemary Gambardella
　　　　　　　　　　　　　　　USBJ

The Court having reviewed the movant's *[Enter the title of the motion]* Debtor's Motion To Dismiss Chapter 7 Case, and any related responses or objections, it is hereby

ORDERED that:

1. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* The Debtor's Motion To Dismiss the Chapter 7 Case is GRANTED.

2. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]*

3. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]*

4. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]*